SOCIAL SECURITY
LAW & POLICY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/24/2026___

This motion was withdrawn pursuant to ECF No. 11. The Clerk is directed to terminate the motions at ECF Nos. 10 and 11.

SO ORDERED:                    2/24/2026

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Honorable Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Lopez v. Bisignano*, No. 1:25-cv-10606-KHP

Dear Judge Parker:

The certified copy of the transcript of the record is due by February 23, 2026. Due to extreme workload challenges, the Commissioner is unable to prepare the transcript of the record by that date.[1] Accordingly, the Commissioner requests that the Court grant him an extension of time until March 25, 2026, to file that transcript. This is the Commissioner's first request for an extension of time to file the transcript of the record, and plaintiff's attorney has assented to this request.

Thank you for your consideration.

                                        Respectfully submitted,

                                        Frank Bisignano,
                                        By His Attorney

                                        */s/ Daniel S. Tarabelli*
                                        Daniel S. Tarabelli, MA Bar No. 674072
                                        Special Assistant United States Attorney
                                        Social Security Administration, Law & Policy
                                        Program Litigation 2
Of Counsel:                             6401 Security Boulevard
Michael J. Pelgro                       Baltimore, MD 21235-6401
Head of Program Litigation 2            Tel: (617) 565-4286
Social Security Administration          Daniel.Tarabelli@ssa.gov

---

[1] As an example, during this week alone, the Commissioner is responsible for filing over 170 transcripts of the record in just the First, Second, and D.C. Circuits.