UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHN LOPEZ,

                    Plaintiff,

        -against-

FRANK BISIGNANO
COMMISSIONER OF SOCIAL SECURITY.,

                    Defendant.

25 CIVIL 10606 (KHP)

## **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons

stated in the Court's Stipulation and Order dated June 1, 2026, the parties stipulate that the Court

enter judgment with an order remanding this case for additional administrative proceedings

under sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will offer plaintiff the

opportunity for a hearing and issue a new decision.

**Dated:**    New York, New York
            June 3, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

                    **BY:**

                                        _____
                                        **Deputy Clerk**